# Exhibit A

# Purchase Order



Purchase Order No.  KOU0124R454B  
Date  1/19/2024

**FluoroFusion Specialty Chemicals, Inc.**  
P.O. Box 1238  
Clayton, NC 27528  
Phone: 717-713-2728  
Email: accounting@fluorofusion.com

| Vendor ID: | KOURA | | |
|---|---|---|---|
| Vendor: | Koura (ACH VENDOR)<br>P.O. Box 731493<br>Dallas TX  75373-1493 | Ship To: | FluoroFusion Spec. Chem. Inc.<br>3950 Powhatan Road<br>Clayton NC  27520 |
| | | Phone: | (984) 232-7194 Ext. 0000 |

^ Changed Since the Previous Revision

| Shipping Method | Payment Terms | Buyer | Page |
|---|---|---|---|
| FREIGHT PREPAID | Net 30 | BRAD | |

| L/N | Item Number<br>Description | Req. Date | U/M | Ordered | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | R454B/BULK | 2/15/2024 | Each | 35,000 | ■■■ | ■■■ |

Subtotal  
Trade Discount  $0.00  
Freight  $0.00  
Miscellaneous  $0.00  
Tax  $0.00  
Order Total  ■■■