IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-716-D

| | |
|---|---|
| FLUOROFUSION SPECIALTY CHEMICALS, INC and DYNATEMP INTERNATIONAL, INC., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| THE CHEMOURS COMPANY FC, LLC, and MEXICHEM FLUOR, INC. d/b/a KOURA, ) ) ) ) ) | |
| Defendants. ) | |

Before this Court is Plaintiffs' Motion to Seal their Complaint. The Court finds that Motion is hereby GRANTED, and ORDERS that the documents remain under permanent seal.

SO ORDERED. This _11_ day of June, 2025.

JAMES C. DEVER III
United States District Judge